Case 4:25-cv-03817 Document 12 Filed on 12/19/25 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 19, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| HDI GLOBAL INSURANCE COMPANY | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 4:25-cv-3817 |
| | § | |
| UPS SUPPLY CHAIN SOLUTIONS | § | |
| Defendant | § | |

## ORDER OF DISMISSAL

This case has been settled. The above numbered cause of action, and all counterclaims, and cross-claims that have been, or could have been, filed in this case are dismissed with prejudice, with each party to bear their respective costs of court and attorney's fees.

SIGNED at Houston, Texas on this 19th day of December 2025.

George C. Hanks Jr.
UNITED STATES DISTRICT JUDGE